**TREZEVANT HOLMES, JR., by substitution for R. L. Mudgett, as City Clerk and Ex Officio Collector of Taxes for the City of New Smyrna Beach, a Municipal Corporation in Volusia County, Florida, v. MURRAY SAMS.**

21 So. (2nd) 216                                          January Term, 1945
March 13, 1945                                                    Division B

*J. U. Gillespie,* for appellant.

*Paul W. Harvey,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

### WILLIE C. MORGAN v. STATE OF FLORIDA

21 So. (2nd) 217                                          January Term, 1945
March 13, 1945                                                    Division A

*B. L. Solomon,* for appellant.

*J. Tom Watson,* Attorney General, and John C. Wynn, Assistant Attorney General, for appellee.

PER CURIAM:

On motion of the State the judgment is affirmed on authority of Lane, et al., v. State, 154 Fla. 853, 19 So. (2nd) 366.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.